FELTMAN *v.* THE STATE.

*Simmons, C. J.*—The evidence warranted the verdict. The newly discovered evidence was not such as to authorize the granting of a new trial; and there being no complaint that any error of law was committed, no cause for reversing the judgment of the court below appears.        *Judgment affirmed.*
October 21, 1895.

Indictment for murder. Before Judge Harris. Coweta superior court. March term, 1895.

*J. F. Methvin, H. M. Reid* and *D. R. Methvin*, for plaintiff in error.

*J. M. Terrell*, attorney-general, *T. A. Atkinson*, solicitor-general, *Freeman & Wright* and *J. W. Shell*, contra.